**N. W. Conrardy, appellee, v. George L. Glendon, appellant. Gen. No. 37,512.**

Opinion filed December 31, 1934.

Cochrane & George, for appellant. Robertson, Crowe & Spence and Charles M. Haft, for appellee; Charles M. Haft and James C. Spence, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**City of Evanston, defendant in error, v. John Gatewood, plaintiff in error. Gen. No. 37,525.**

Opinion filed December 31, 1934.

Frank A. McDonnell and S. B. McDonnell, Jr., for plaintiff in error; Elwyn E. Long, of counsel. William Lister, Corporation Counsel, and Erwin F. Stolle, City Attorney, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

**Kenneth Johnson, a minor, by Victor Johnson, his father and next friend, appellee, v. City of Chicago, appellant. Gen. No. 37,553.**

Opinion filed December 31, 1934.

William H. Sexton, Corporation Counsel, and A. M. Smietanka, City Attorney, for appellant; Quin O'Brien, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.